NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3055

JENNIFER C. BYNUM,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in case no. DC0752090322-I-1.

ON MOTION

## O R D E R

Jennifer C. Bynum moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__DEC 1 5 2009__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Jennifer C. Bynum
     Jeanne E. Davidson, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 15 2009

JAN HORBALY
CLERK